O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiffs*
By:    Steven J. Bushinsky, Esquire
       Donna Lee Vitale, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION, and FINISHING TRADES INSTITUTE FUNDS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GDA DRYWALL CORPORATION,<br><br>*Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 11-1222 (JHR-AMD)<br><br><br><br>DEFAULT JUDGMENT |

THIS MATTER having come before the Court on Plaintiffs' request for entry of default judgment, it is on this ___8th___ day of ___September___, 2011,

IT IS ORDERED AND ADJUDGED that Plaintiffs, International Union of Painters and Allied Trades District Council 711 Health & Welfare, Vacation and Finishing Trades Institute Funds, et al. ("the Funds"), shall recover from defendant, GDA Drywall Corporation, the sum of **$54,279.75,** which is inclusive of interest and attorney's fees and costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

JOSEPH H. RODRIGUEZ, U. S. D. C. J.